United States District Court
Southern District of Texas
ENTERED

JAN 12 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF THE TAX          *
INDEBTEDNESS OF:                  *
                                  *   CIVIL ACTION NO. MISC B-99-004
GVG Educational Services, Inc.    *
8333 Culebra Rd. #204A            *
San Antonio, Texas 78251          *

## ORDER OF DISMISSAL

CAME on to be considered the United States of America's motion for voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

In that the Plaintiff has stated that defendant may be entitled to additional administrative remedies under new regulations scheduled to take effect within the next ten (10) days.

THEREFORE, the above-entitled and numbered cause is hereby DISMISSED without prejudice.

SIGNED on this the 12 day of January, 1999 in Brownsville, Texas.

_____
STEWART NEWBLATT
UNITED STATES DISTRICT JUDGE

Acting in the absence of
Judge Vela
1/12/99

17

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Harry W. Allen §
§
§
versus §
§   CIVIL ACTION B-98-63
§
Kayco Yuukiyuhsa, et al §

United States District Court
Southern District of Texas
ENTERED
JAN 12 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

### Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed January 12th, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

```
CASE:       1:98-cv-00033
DOCUMENT:   14
DATE:       01/12/99

CLERK:      mguz
```

14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 1999

Michael N. Milby,
By Deputy Clerk

| | | |
|---|---|---|
| JOHN CULVER, Plaintiff | * * * | |
| VS. | * * | CIVIL ACTION NO. B-98-033 |
| UNION PACIFIC RAILROAD COMPANY, Defendant | * * * | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ORIGINAL THIRD PARTY COMPLAINT

CAME ON FOR CONSIDERATION, Defendant's Unopposed Motion for Leave to File Original Third Party Complaint, and the Court, after considering the evidence and argument of counsel, is of the opinion that said Motion should be GRANTED. It is therefore

ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion for Leave to File Original Third Party Complaint is hereby GRANTED. It is further

ORDERED, ADJUDGED and DECREED that Defendant's Original Third Party Complaint, which is attached as Exhibit "A" to Defendant's Unopposed Motion for Leave to File Original Third Party Complaint, is hereby deemed filed by the Court for all purposes.

DONE at Brownsville, Texas, on this 12 day of January, 1999.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE